**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AT&T CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:07-CV-386 CAS |
| v. ) | |
| ) | |
| COMMUNICATION WORKERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum and order of this date, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Communication Workers of America and against plaintiff AT&T Corporation.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Opinion and Award issued by Arbitrator Sara Adler on December 4, 2006 in the matter entitled In the Matter of Arbitration between Communication Workers of America and AT&T Corp. in favor of defendant Communication Workers of America is **CONFIRMED** in all respects.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Opinion and Award having been ordered confirmed in all respects, and judgment having been entered thereon, that the judgment shall be **ENFORCED**.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of January, 2008.